UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI WHEATON,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No. 2:13-cv-1163 CKD<br><br><br><br>ORDER |

On January 8, 2014, because plaintiff did not timely file a motion for summary judgment, plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute. Plaintiff has responded to the order to show cause. ECF No. 22.

Construing plaintiff's pro se pleadings liberally, the court will construe plaintiff's response as her motion for summary judgment and/or for remand. Defendant shall respond in compliance with the court's scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 21) is discharged.

/////

/////

/////

1

2. Defendant shall respond to plaintiff's motion for summary judgment and/or for remand within thirty days.

Dated: January 28, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 wheaton.osc.dis

2